UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

SHANGGANG FENG, *on his own behalf and on behalf of others similarly situated*,

       Plaintiff,

  -against-

KELAI CORP. *doing business as* JEF CHINESE; FAN YANG; JAY HUANG; LAN "DOE"; and QIN "DOE",

       Defendants.

------------------------------------x

ORDER

18 Civ. 12329 (GBD)

GEORGE B. DANIELS, United States District Judge:

On December 26, 2019, Plaintiff filed a letter motion to compel discovery from Defendants. (ECF No. 40.) Subsequently, Plaintiff informed this Court by letter dated January 5, 2020 that the Defendants have complied with Plaintiff's discovery request, and as such, the December 26, 2019 motion is moot. The Clerk of Court is directed to close the motion, (ECF No. 40), accordingly.

Dated: New York, New York
   January 6, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge