UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SHANGGANG FENG,  :  18-CV-12329 (GBD) (RWL)

               Plaintiff,  :  **ORDER**

      - against -  :

KELAI CORP., et al.,  :

             Defendant.  :
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/7/2020

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The parties are requested to provide the Court with a status report on this case by **December 14, 2020**.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: December 7, 2020
       New York, New York

Copies transmitted this date to all counsel of record.