UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SHANGGANG FENG,

                Plaintiff,

- against -

KELAI CORP., et al.,

                Defendant.
------------------------------------------------------------X

18-CV-12329 (GBD) (RWL)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/15/2020

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The parties have reported that discovery is complete. By **January 14, 2021**, the parties shall file either a joint pretrial order (adhering to Judge Daniels' rules) or motion(s) for summary judgment.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: December 15, 2020
      New York, New York

Copies transmitted this date to all counsel of record.