```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/23/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SHANGGANG FENG,  :  18-CV-12329 (RWL)
:
               Plaintiff,  :  **ORDER**
:
   - against -  :
:
KELAI CORP., et al.  :
:
              Defendant.  :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    On February 16, 2021, the parties submitted a proposed pre-trial order and indicated their consent to the jurisdiction of a Magistrate Judge for all purposes, including trial. No party has filed anything on the docket since then. On March 23, 2023, the Court approved the consent to Magistrate Judge jurisdiction. No party has any filing since February 16, 2021. Accordingly, no later than **March 29, 2023**, the parties shall file a joint letter informing the undersigned as to the status of this case.

                                      SO ORDERED.

                                        _____
                                        ROBERT W. LEHRBURGER
                                        UNITED STATES MAGISTRATE JUDGE

Dated:     March 23, 2023
            New York, New York

Copies transmitted to all counsel of record.