```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
SHANGGANG FENG,                                        :       18-CV-12329 (RWL)
                                                       :
                        Plaintiff,                     :       ORDER
                                                       :
        - against -                                    :
                                                       :
KELAI CORP., et al.                                    :
                                                       :
                        Defendant.                     :
---------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/30/2023

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This order addresses matters raised in the parties' joint status report filed March 29, 2023.

1. The parties propose trial the week of December 11, 2023. This case has languished for two years since filing of the proposed pre-trial order, without counsel following up during that period to inquire about their notice of consent or a trial date. No reason has been offered as to why trial should await another seven months. Accordingly, by **April 6, 2023**, the parties shall jointly file a letter indicating any dates of unavailability (and reason therefore) for trial in July, August, September, and October 2023.

2. By **April 13, 2023**, Plaintiff's counsel shall file a statement of damages compliant with Rule V(B)(6) of my individual rules for civil proceedings.

3. Plaintiff's application to appear remotely for trial shall be filed by **April 13, 2023**. Defendant's opposition shall be filed by **April 27, 2023**. Plaintiff's reply, if any, shall be filed by **May 4, 2023**.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:   March 30, 2023
         New York, New York

Copies transmitted to all counsel of record.