```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/7/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
Shanggang Feng,                              :       18-cv-12329 (GBD) (RWL)
              Plaintiff,    :
                               :       **ORDER**
     - against -                             :
                               :
Kelai Corp., et al.                          :
                               :
              Defendants.   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

     Based on the parties' letter filed April 6, 2023, trial of this matter will begin on October 23, 2023. A final pre-trial conference will be held on Tuesday, October 17, 2023 at 9:30 a.m. in Courtroom 18D, United States Courthouse, 500 Pearl Street, New York, N. Y. 10007.

                                                                  SO ORDERED.

                                                                 _____
                                                                  ROBERT W. LEHRBURGER
                                                                  UNITED STATES MAGISTRATE JUDGE

Dated: April 7, 2023
      New York, New York

Copies transmitted this date to all counsel of record.