```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/1/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SHANGGANG FENG,                           :        18-CV-12329 (GBD) (RWL)
                                          :
                        Plaintiff,        :        **ORDER**
                                          :
           - against -                    :
                                          :
KELAI CORP., et al.                       :
                                          :
                        Defendant.        :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The Court has reviewed the parties' briefing of Plaintiff's in limine motion to testify at trial by remote means. By May 8, 2023, Plaintiff shall file a letter setting forth (1) Plaintiff's position with respect to whether his testifying by remote means from China would violate Chinese law; and (2) whether Plaintiff intends to testify remotely from China, and, if not, the country from which he intends to testify.

                                          SO ORDERED.

                                          _____
                                          ROBERT W. LEHRBURGER
                                          UNITED STATES MAGISTRATE JUDGE

Dated:    May 1, 2023
          New York, New York

Copies transmitted to all counsel of record.