```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SHANGGANG FENG,                                  :       18-CV-12329 (GBD) (RWL)
                                                 :
                        Plaintiff,               :       ORDER
                                                 :
          - against -                            :
                                                 :
KELAI CORP., et al.                              :
                                                 :
                        Defendant.               :
-------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On May 4, 2023, Plaintiff filed a reply (Dkt. 78) in further support of its in limine motion to allow Plaintiff to testify remotely. This Court's rules expressly do not permit replies for motions in limine. (Individual Rules of Practice V(D).) Accordingly, the reply brief at Dkt. 78 is stricken. This order does not affect Plaintiff's obligation to comply with the Court'ss order at Dkt. 77. Further, Plaintiff may resubmit his declaration at Dkt. 78-1 (or submit a revised declaration) along with the letter due in response to Dkt. 77.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:   May 5, 2023
         New York, New York

Copies transmitted to all counsel of record.