```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SHANGGANG FENG,                              :      18-CV-12329 (GBD) (RWL)
                                             :
                    Plaintiff,               :      ORDER
                                             :
        - against -                          :
                                             :
KELAI CORP., et al.                          :
                                             :
                    Defendant.               :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

In the pre-trial order, the parties indicated their consent to proceed before the Magistrate Judge for all purposes. (Dkt. 64 at 4.) Trial is scheduled to begin October 24, 2023. (Dkt. 82.) Accordingly, by September 22, 2023, the parties shall file on ECF the formal consent form to be so ordered by the District Judge. The requisite form is available at https://www.nysd.uscourts.gov/forms/consent-proceed-us-magistrate-judge.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:     September 15, 2023
           New York, New York

Copies transmitted to all counsel of record.