USDC SONY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/25/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
SHANGGANG FENG,                              :         18-CV-12329 (RWL)
                                             :
                Plaintiff,              :         **ORDER**
                                             :
      - against -                           :
                                             :
KELAI CORP., et al.                          :
                                             :
                Defendant.              :
----------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

        As discussed at the conclusion of trial on October 25, 2023, the parties shall submit post-trial briefing as follows. Simultaneous opening briefs of no more than 20 pages shall be filed by **December 4, 2023**. Simultaneous responses of no more than 10 pages shall be filed by **January 8, 2024**. Further, Plaintiff's opening submission must include a detailed calculation of claimed damages. To the extent Plaintiff intends to move for default judgment against non-appearing defendants, Plaintiff shall file a motion for default at the same time he files his post-trial brief on **December 4, 2023**. Any opposition to the motion for default shall be filed by **January 8, 2024**. **Contrary to what the Court indicated in court, Plaintiff's initial filing shall include Plaintiff's request for, calculation of, and support for attorney's fees.**

        The parties are directed to order the trial transcript no later than October 30, 2023.

1

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:  October 25, 2023
        New York, New York

Copies transmitted to all counsel of record.