**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
SHANGGANG FENG,
on his own behalf and on behalf of others
similarly situated,

                Plaintiff,                18 **CIVIL** 12329 (RWL)

      -against-                     **<u>JUDGMENT</u>**

KELAI CORP, D/B/A JEF CHINESE,
FAN YANG, JAY HUANG, LAN "DOE"
and QIN "DOE,",

                Defendants.
-----------------------------------------------------------X

      It is hereby ORDERED, ADJUDGED AND DECREED:  That for the reasons stated in the Court's Decision dated March 29, 2024, Plaintiff has judgment against Defendants Kelai, Yang, and Qin. Defendants Kelai, Yang, and Qin are jointly and severally liable for paying to Plaintiff: 1. Damages for unpaid wages of $52,396.50, plus pre-judgment interest in the amount of $30,697.17 at the rate of 9%, from September 26, 2017, to the date of judgment; 2. $52,396.50 in liquidated damages; 3. Reasonable attorneys' fees in the amount of $83,307.92; 4. Costs in the amount of $2,010.35; and 5. Post-judgment interest pursuant to 28 U.S.C. § 1961. Plaintiffs claims under the WTFA for failure to comply with wage notice and statement requirements are dismissed without prejudice for lack of standing.

**DATED:**  New York, New York
             March 29, 2024

                                                        **RUBY J. KRAJICK**

                                                            **Clerk of Court**

                         **BY:**
                                                          **Deputy Clerk**